UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 23-09810
RONAK H. PATEL, )
)  Chapter: 13
)
)  Honorable Deborah L. Thorne
)
)
Debtor(s) )

## ORDER AUTHORIZING SUBSTITUTION OF ATTORNEY

This matter coming on for hearing on the motion of Patrick Tang of Tang and Associates Law Office LLC to substitute as Debtor's bankruptcy counsel;

IT IS ORDERED:

That Patrick Tang of Tang and Associates Law Office LLC is granted leave to enter his appearance for Debtor and substitute for David H. Cutler of Cutler & Associates, Ltd. as attorney of record.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: October 18, 2023

**Prepared by:**

Patrick Tang
Tang & Associates Law Office, LLC
4802 N Broadway Street, Suite 201B
Chicago, IL 60640
ARDC: 6327672
Phone: (773) 944-4000
Fax: (773) 944-0478
Email: ptang@tnalawoffice.com